UNITED STATES COURT OF INTERNATIONAL TRADE                FORM  1

| | |
|---|---|
| **Berry Global, Inc.**<br><br>                    Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br>                    Defendant. | **S U M M O N S**<br><br>Court No. 25-00226 |

**TO:**    The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



                                                            /s/ Gina Justice
                                                            Clerk of the Court

### PROTEST

| | |
|---|---|
| Port(s) of Entry:   Various (1703, 5501, 3901, & 2002) | Center (if known):<br>Industrial & Manufacturing Materials CEE |
| Protest Number:   1703-25-117253 | Date Protest Filed:   June 23, 2025 |
| Importer:   Berry Global, Inc. | Date Protest Denied:   July 10, 2025 |
| Category of Merchandise:   Aluminum Foil | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 581-0036672-2 | 8/25/2018 | 3/14/2025 | 581-0036337-2 | 8/16/2018 | 3/14/2025 |
| 581-0036391-9 | 8/25/2018 | 3/14/2025 | 581-0036671-4 | 8/25/2018 | 3/14/2025 |
| 581-0038012-9 | 9/12/2018 | 3/14/2025 | 581-0038535-9 | 9/24/2018 | 3/14/2025 |
| 581-0040020-8 | 10/2/2018 | 3/14/2025 | 581-0036817-3 | 9/19/2018 | 3/14/2025 |

                                                            Wm. Randolph Rucker
                                                            Faegre Drinker Biddle & Reath LLP
                                                            320 South Canal Street, Suite 3300
                                                            Chicago, IL 60606-5707
                                                            Randy.rucker@faegredrinker.com
                                                            (312) 569-1157

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Aluminum Foil | 9903.85.01<br>7607.11.30<br>A570-053<br>C570-054 | 10%<br>5.8%<br>95.15%<br>48.36% | 9903.85.01<br>7607.11.30<br>A570-053 | 10%<br>5.8%<br>Customer Specific Rate |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Liquidation with assessment of Antidumping Duties (AD) at 95.15%. The AD should be assessed based on the customer specific rate.

The issue which was common to all such denied protests:

The entries should be re-liquidated with the customer specific AD rate and no Countervailing duties.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Wm. Randolph Rucker
*Signature of Plaintiff's Attorney*

October 10, 2025
*Date*

## SCHEDULE OF PROTESTS

**Industrial & Manufacturing Materials CEE**
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 1703-25-117253 | 6/23/2025 | 7/10/2025 | 581-0038698-5 | 9/24/2018 | 3/14/2025 | 5501 |
| 1703-25-117253 | 6/23/2025 | 7/10/2025 | 581-0037406-4 | 9/18/2018 | 3/14/2025 | 5501 |
| 1703-25-117253 | 6/23/2025 | 7/10/2025 | 581-0037410-6 | 9/18/2018 | 3/14/2025 | 5501 |
| 1703-25-117253 | 6/23/2025 | 7/10/2025 | 581-0038690-2 | 9/24/2018 | 3/14/2025 | 5501 |
| 1703-25-117253 | 6/23/2025 | 7/10/2025 | 581-0038706-6 | 9/24/2018 | 3/14/2025 | 5501 |
| 1703-25-117253 | 6/23/2025 | 7/10/2025 | 581-0045421-3 | 12/12/2018 | 3/14/2025 | 3901 |
| 1703-25-117253 | 6/23/2025 | 7/10/2025 | 581-0039116-7 | 9/24/2018 | 3/14/2025 | 5501 |
| 1703-25-117253 | 6/23/2025 | 7/10/2025 | 581-0038714-0 | 9/24/2018 | 3/14/2025 | 5501 |
| 1703-25-117253 | 6/23/2025 | 7/10/2025 | 581-0045412-2 | 12/16/2018 | 3/14/2025 | 2002 |
| 1703-25-117253 | 6/23/2025 | 7/10/2025 | 581-0036804-1 | 9/19/2018 | 3/14/2025 | 5501 |
| 1703-25-117253 | 6/23/2025 | 7/10/2025 | 581-0036805-8 | 9/19/2018 | 3/14/2025 | 5501 |
| 1703-25-117253 | 6/23/2025 | 7/10/2025 | 581-0036390-1 | 8/25/2018 | 3/14/2025 | 5501 |
| 1703-25-117253 | 6/23/2025 | 7/10/2025 | 581-0040898-7 | 10/27/2018 | 3/14/2025 | 2002 |
| 1703-25-117253 | 6/23/2025 | 7/10/2025 | 581-0036389-3 | 8/25/2018 | 3/14/2025 | 5501 |
| 1703-25-117253 | 6/23/2025 | 7/10/2025 | 581-0037408-0 | 9/18/2018 | 3/14/2025 | 5501 |
| 1703-25-117253 | 6/23/2025 | 7/10/2025 | 581-0040886-2 | 10/27/2018 | 3/14/2025 | 2002 |
| 1703-25-117253 | 6/23/2025 | 7/10/2025 | 581-0039444-3 | 9/30/2018 | 3/14/2025 | 5501 |
| 1703-25-117253 | 6/23/2025 | 7/10/2025 | 581-0038019-4 | 9/12/2018 | 3/14/2025 | 1703 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021; Oct. 1, 2025, eff. Oct. 1, 2025.)